## United States District Court
## Violation Notice

CVB Location Code: A-192

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7865214 | JOHNSON | 234 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 03-16-2019  1115 | 43 CFR 8365.1-6 |

Place of Offense: HOT WELL DUNES

Offense Description: Factual Basis for Charge — HAZMAT ☐

DOG OFF LEASH / FAIL TO MAINTAIN
Physical Control
Violation of Supplemental Rules

### DEFENDANT INFORMATION

Phone:

| Last Name | First Name | M.I. |
|---|---|---|
| SAMPLAWSKI | KENNETH | G |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
|  | AZ |  |  |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
|  |  | AZ |  |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BRN   Eyes: BLU   Height: 5-9   Weight: 160

### VEHICLE   VIN:   CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
|  | AZ | .7 |  |  | WHT |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 100  Forfeiture Amount
+ $30  Processing Fee

PAY THIS AMOUNT → $ 130  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
|  | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Ken Samplawski

(Rev. 09/2015)   Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on MARCH 16, 2019 while exercising my duties as a law enforcement officer in the Southern District of Arizona

The foregoing statement is based upon:

☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 03-16-2019    [signature]
Date (mm/dd/yyyy)           Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

FILED   LODGED
RECEIVED   COPY
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
JUN - 5 2019
BY _____ DEPUTY

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on March 16th, 2019 while exercising my duties as a Law Enforcement Officer in the Southern District of Arizona:

> On March 16, 2019 I BLM Ranger Johnson while patrolling with the Hot Well Dunes Recreation area, lands administered by the BLM, observed a large black Rottweiler dog walking unattended within the hot tubs area while people were utilizing them. The large dog was alone and not leased.
>
> I recognized the dog from the day before when I approached a camp looking for the owner for another loose dog. When I approached the camp with the RV, with AZ historical plate # RAN7, a large black Rottweiler charged me while barking and appeared it was going to attack. The owner hear the barking and exited the RV and contact with him about the dog was made. I informed him that inside the recreation area dogs needed to be leashed or under physical control and since he charged me the dog was not in physical control. The owner said he was training the dog to be an ADA compliant dog and did not have to comply with the leash law. I informed him he did have to comply as the dog was not under control nor leashed. The male was agitated by this response but I informed him while in the recreation area the dog would need to be restrained while here.
>
> Having this knowledge, I recognized this dog to be the dog from the day before so I traveled to the camp and saw two other dogs tied up. As I approached the camp again, the black Rottweiler that was loose again charged me again while barking. As all the dogs were barking the owner then walked out from inside the RV. I asked the owner why his dog was not restrained and he said he was training it. I informed him his dog was over 100 yards away within the hot well tubs while people were using them. He said he was just laying down on the ground but not leashed. I informed the male that he had already been warned and asked if he had a leash. The male obtained a third leash and tied the dog up.
>
> The male was identified by his driver's license as Kenneth Samplawski. Samplawski was issued a citation for violation of BLM Supplemental rule of 43CFR8365.1-6 for dog off leash.

The foregoing statement is based upon:
☒ My personal observation   ☒ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of this violation notice, is true and correct the best of my knowledge.

Executed on:  03/16/2019
Date (mm/dd/yyyy)         Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy)         U. S. Magistrate Judge

Violation# 7865214                            CVB (A-192)